**STATE of Missouri, Respondent,**

**v.**

**John R. THOMURE, Appellant.**

**No. ED 96565.**

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 28, 2012.

Amy M. Bartholow, Columbia, MO, for Appellant.

Chris Koster, Attorney General, Jennifer A. Wideman, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before CLIFFORD H. AHRENS, P.J., SHERRI B. SULLIVAN, J. and GLENN A. NORTON, J.

(2012) unless otherwise indicated.

PER CURIAM.

### ORDER

John R. Thomure appeals the judgment entered upon a jury verdict convicting him of third-degree assault of a law enforcement officer and resisting arrest. We find that the trial court did not plainly err in accepting the jury's verdict as to resisting arrest.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 30.25(b).